AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Richard Doyle<br><br><br>Defendant(s) | ) )<br>) Case No. 12-MJ-287 HBF<br>) )<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 24 to December 4, 2012  in the county of  Litchfield / ~~Hartford~~  in the
_____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) | Receipt and distribution, via the Internet, of child pornography and visual depictions involving minors engaging in sexually explicit conduct. |
| 18 U.S.C. §§ 2252(a)(4) and 2252A (a)(5) | Possession of child pornography and visual depictions involving minors engaging in sexually explicit conduct. |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Task Force Officer Jeffrey R. Suchy, dated December 4, 2012.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey R. Suchy, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/4/2012

s/Holly B. Fitzsimmons
_____
Judge's signature

City and state:  Bridgeport, CT

Holly B. Fitzsimmons, U.S. Magistrate Judge
Printed name and title